Case No. 1:18-cr-00466-PAB   Document 161   filed 07/12/24   USDC Colorado   pg 1 of 3

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/12/2024
JEFFREY P. COLWELL, CLERK

Chief Justice Phillip Brimmer, I, Geoffrey Ward Mansfield, am writing this letter to you sir to inform the Court I would like to dismiss counsel. Mrs. Kate Stimpson's preparation and timeliness are in my opinion not up to par considering my health issues are grave and not being addressed at Englewood Federal Detention Center. I signed medical releases for Mrs. Stimpson and her investigators four months ago to no truition. I've seen her three times here at Englewood and she is not aware of my health issues. She seems ill-prepared to serve my best interests.

I suffer from Atrial Fribulation brought on by the Covid 19 virus which I acquired while serving my prison term at Florence. I've had three subsequent heart attacks after my release to the Halfway house and my time on Probation. As I write this letter I have four blood clots in my heart and I'm not being medicated properly for this issue. I have circulatory issues, which may or may not require vein mapping. If I don't recieve care there may be the possibility for amputation. I'm Pre Diabetic not recieving my sugar checks, or blood pressure checks, ordered by Dr. Conroy here at Englewood. I have a C-2 and C-3 neck injury, I am the fifth oldest person in my Unit out of 100, and I'm required to climb onto the top bunk without assistance of a ladder. I am afraid that without your help and consideration that I will die while in custody of the BOP.

My objective your honor was to survive the physical debilitations that I was suffering from. I was told After my second heart attack that the halfway house would not reserve me a room on the bottom floor yet I was wheelchair or crutch bound. This is

inside the scope of cruel and unusual punishment and not ADA accessable. I could reside at my Mothers home in Craig, Colorado during my time of recovery but was repeatedly refused and forced to remain in Denver, Colorado where I have zero support or stable environments in which to receive attentive and proper care. I only wish for a fair shake and the opportunity to fulfill my obligations to the court. First and foremost I'm concerned about my health, welfare and survival. I have medical records, documentation of all that I am alleging medically in this case your honor sir. I appreciate any consideration forthcoming.

Geoffrey Ward Mansfield
45000-013

*[signature]*



Jeffrey W. Mansfield 45000-013
Moffat County Rd 7
, Co 81625

Chief Justice, Phillip Brimmer
Alfred A. Arraj Federal Court House
901 19th St, 2nd Floor
Denver, Colorado 80294

— Legal Mail —